**Dismissed and Memorandum Opinion filed July 2, 2019.**



In The

# Fourteenth Court of Appeals

### NO. 14-19-00298-CV

## ADTRAK 360 LLC, JOSEPH NATOLI AND WILLIAM HIGGINS, Appellants

## V.

## DYNAMICS PARTNER PLUS, INC. AND MANAGEMENT ADVISORY SYSTEMS, CORPORATION, Appellees

**On Appeal from the 61st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2016-52731**

## MEMORANDUM OPINION

This appeal is from an order signed March 7, 2019. No clerk's record has been filed. The clerk responsible for preparing the record in this appeal informed the court appellants did not make arrangements to pay for the record.

On May 23, 2019, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of prosecution unless, within fifteen days,

appellants paid or made arrangements to pay for the record and provided this court with proof of payment. *See* Tex. R. App. P. 37.3(b).

Appellants have not provided this court with proof of payment for the record. Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Christopher, Bourliot, and Zimmerer.